**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| Chemoil Middle East DMCC, | § § § | |
| Plaintiff, | § § | CIVIL ACTION __5:14-cv-962__ |
| v. | § § | |
| Gulf Marine Management S.A., | § § § | **IN ADMIRALTY** |
| and | § § | |
| Chloe Navigation Ltd. | § § | |
| Defendants, | § § | |
| and | § § | |
| Tesoro Far East Maritime Company, | § § | |
| Garnishee. | § § | |

**MOTION AND MEMORANDUM FOR APPOINTMENT
OF SERVICE OF WRIT OF MARITIME ATTACHMENT AND GARNISHMENT**

Plaintiff Chemoil Middle East DMCC ("Chemoil") moves, pursuant to Supplemental

Rule B(1)(d)(ii), for an Order appointing J. Stephen Simms, or any other qualified person

appointed by him, to serve process of maritime garnishment, and any supplemental process in

this matter.

Supplemental Rule B(1)(d)(ii) provides in pertinent part as follows:

> (ii) If the property is other tangible or intangible property, the summons, process,
> and any supplemental process must be delivered to a person or organization
> authorized to serve it, who may be (A) a marshal; (B) someone under contract
> with the United States; (C) **someone specially appointed by the court for that
> purpose**; or, (D) in an action brought by the United States, any officer or
> employee of the United States.

(Emphasis added).

-1-

As further grounds for this motion, Chemoil states that service of the maritime garnishment writs issued in this case will be straightforward, on garnishees located in this District.  Utilizing private process service will conserve the resources of the United States Marshal.

Chemoil will, upon service, promptly cause returns of service to be filed in this case.

WHEREFORE, Chemoil respectfully request this Court to grant this motion and herewith submits a draft order.

Dated: October 31, 2014.

/s/ J. Stephen Simms
J. Stephen Simms
John T. Ward
Marios J. Monopolis
(pro hac motions to be filed)
SIMMS SHOWERS LLP
201 International Circle, Suite 250
Hunt Valley, Maryland 21030
Telephone: (410) 783-5795
Facsimile: (410) 510-1789
jssimms@simmsshowers.com
jtward@simmsshowers.com
mjmonopolis@simmsshowers.com

Attorneys for Plaintiff