## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| Chemoil Middle East DMCC, | § § § | |
| Plaintiff, | § § | CIVIL ACTION  5:14-cv-962 - XR |
| v. | § § § | **IN ADMIRALTY** |
| Gulf Marine Management S.A., | § § § | |
| and | § § | |
| Chloe Navigation Ltd. | § § § | |
| Defendants, | § § § | |
| and | § § § | |
| Tesoro Far East Maritime Company, | § § § | |
| Garnishee. | § | |

### WRIT FOR MARITIME ATTACHMENT AND GARNISHMENT

**TO Garnishee: Tesoro Far East Maritime Company**

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO: THE UNITED STATES MARSHAL FOR THE DISTRICT OF ~~DELAWARE~~ WESTERN TEXAS.

GREETING:

WHEREAS, on October 31, 2014, Plaintiff filed a Verified Complaint against Defendants Gulf Marine Management SA and its alter-ego/subsidiary Chloe Navigation Ltd. (collectively herein and in the Complaint, "Gulf Marine"), for reasons in said complaint mentioned for the sum of at least USD $1,699,204.65, plus interest, costs and attorneys' fees (herein, the "Garnishment Amount") as demanded for the use of certain chassis, and praying for process of maritime attachment and garnishment against the property of said Defendant(s) Gulf Marine Management SA and its alter-ego/subsidiary Chloe Navigation Ltd. (collectively herein and in the Complaint, "Gulf Marine"); and

WHEREAS, this process is issued pursuant to such prayer and requires that Garnishee shall serve Garnishee's answer within twenty-one (21) days after service of process upon the Garnishee and requires that Defendant(s) shall serve his (their) answer within thirty (30) days

after process has been executed, whether by attachment of property or service on the Garnishee,

NOW, THEREFORE, you are hereby commanded that if the said Defendant(s) Gulf Marine Management SA and its alter-ego/subsidiary Chloe Navigation Ltd. (collectively herein and in the Complaint, "Gulf Marine") cannot be found within the District, you attach goods, chattels, credits and effects located and to be found in this District belonging to Defendant(s) Gulf Marine Management SA and its alter-ego/subsidiary Chloe Navigation Ltd. (collectively herein and in the Complaint, "Gulf Marine"), or in the hands of the Garnishee named, up to the Garnishment Amount and as further demanded in the Verified Complaint and how you shall have executed this process, make known to this Court with your certificate of execution thereof written.

WITNESS THE HONORABLE
Judge of said Court, in said District,
this _____ day of October 2014.
         November

William G. Putnicki, CLERK

BY: _____
Deputy Clerk

NOTE: This process is issued pursuant to Rule B(1) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.